1036

THE STATE OF WASHINGTON, *Respondent,* v. ISMAEL ARMENDARIZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-09964-8, Robert H. Alsdorf, J., entered September 24, 2004. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Marriage of* SHARYL LEEGWATER, *Appellant,* and RICHARD LEEGWATER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-01797-7, Steven G. Scott, J., entered October 25, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JUDY BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 04-1-05022-4, Alan R. Hancock, J., entered October 25, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-06272-5, Robert H. Alsdorf, J., entered October 27, 2005. *Affirmed* by unpublished per curiam opinion.